IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID TARIN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs | ) | CA 06-786 |
| | ) | |
| OPTIMUM SYSTEM PRODUCTS, et al | ) | Judge Gary L. Lancaster |
| | ) | |
| Defendants | ) | (Electronically filed) |

## AGREED STIPULATION OF DISMISSAL

Pursuant to Federal Civil Rules of Procedure 41(a)(ii), Plaintiff David Tarin ("Plaintiff")

and Defendants Optimum System Products, Inc., John R. Martin and Dorothy L. Martin

("Defendants") hereby stipulate to the dismissal, with prejudice, of all claims asserted in

Plaintiff's Complaint, filed on July 18, 2006. The parties are responsible for their own

respective costs. Pursuant to this Stipulation, the above-captioned action is dismissed, with

prejudice, in its entirety.

SO STIPULATED.

Honorable Gary L. Lancaster
DATED : 12-18-06

Respectfully submitted,

s/Joseph P. McHugh
Attorney for Defendants
PA ID# 77489
Reed Smith LLP
435 Sixth Ave.
Pittsburgh, PA 15219
Telephone: (412) 288-7236
Fax: (412) 288-3063
E-mail address: jmchugh@reedsmith.com

s/Helen R. Kotler
Attorney for Plaintiff
PA ID# 23572
Suite 1110 Centre City Tower
650 Smithfield St.
Pittsburgh, PA 15222
Telephone: (412) 281-6538
Fax: (412) 281-7625
E-mail address: hrkotler@yahoo.com

s/David F. Weiner
Attorney for Plaintiff
PA ID# 18808
Carlin & Weiner
660 US Steel Tower
600 Grant St.
Pittsburgh, PA 15219
Telephone: (412) 391-2857
FAX (412) 261-2760
E-mail address: officemanager@prosuites.com